## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Arnold B

Printed: 8/12/08

Case Number: 07 B 05930
Judge: Wedoff, Eugene R
Filed: 4/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 26, 2008
Confirmed: June 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 25,680.00 | |
| Secured: | | 22,745.76 |
| Unsecured: | | 1,347.58 |
| Priority: | | 0.00 |
| Administrative: | | 150.00 |
| Trustee Fee: | | 1,436.66 |
| Other Funds: | | 0.00 |
| Totals: | 25,680.00 | 25,680.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 150.00 | 150.00 |
| 2. | American General Finance | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 64.38 |
| 4. | Wells Fargo Home Mortgage | Secured | 17,030.64 | 13,538.36 |
| 5. | American General Finance | Secured | 3,524.01 | 3,524.01 |
| 6. | Wells Fargo Home Mortgage | Secured | 41,288.24 | 5,619.01 |
| 7. | RoundUp Funding LLC | Unsecured | 280.25 | 195.82 |
| 8. | Capital One | Unsecured | 197.72 | 138.15 |
| 9. | Sprint Nextel | Unsecured | 85.24 | 59.56 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 332.00 | 231.98 |
| 11. | National Loan Recoveries | Unsecured | 92.65 | 64.74 |
| 12. | Peoples Energy Corp | Unsecured | 806.30 | 563.37 |
| 13. | RoundUp Funding LLC | Unsecured | 62.56 | 43.71 |
| 14. | RoundUp Funding LLC | Unsecured | 71.91 | 50.25 |
| 15. | Buffington & Associates | Unsecured | | No Claim Filed |
| 16. | Chicago Fire Officers Assoc | Unsecured | | No Claim Filed |
| 17. | Bank One | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | B-Line LLC | Unsecured | | No Claim Filed |
| | | | $ 63,921.52 | $ 24,243.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 1,141.56 |
| 6.5% | 295.10 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jackson, Arnold B

Printed:  8/12/08

Case Number:  07 B 05930

Judge:  Wedoff, Eugene R

Filed:  4/3/07

_____
$ 1,436.66

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: